UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DEMARCUS BURSE,<br><br>  Defendant. | 2:04-CR-00074-PMP-LRL<br><br>**ORDER** |

**IT IS ORDERED that** the Government shall respond to Defendant Demarcus Burse's Motion for Clarification and/or Amended Judgment of Conviction (Doc. #376) filed July 29, 2011, on or before **September 14, 2011**.

DATED: August 23, 2011.

_____
PHILIP M. PRO
United States District Judge